UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


PHOSPHORUS FREE WATER
SOLUTIONS, LLC,

                Plaintiff,

v.                                 Case No: 6:21-cv-1959-WWB-LRH

THOMAS WAITE, an individual,
and FERRATE SOLUTIONS, INC.,
a Florida corporation

                Defendants.
_____/


## **<u>DECLARATION OF TIMOTHY MCINTEE</u>**

My name is Timothy McIntee and, pursuant to 28 U.S.C. § 1746, I hereby affirm that I am over 18 years of age and am competent to make the following Declaration.

1.

I have personal knowledge of the information in this Declaration, and I understand that it will be filed in court in support of a motion for a preliminary injunction by Phosphorus Free Water Solutions, LLC, against Thomas Waite and Ferrate Solutions, Inc. This Declaration is meant to highlight key facts from the Verified Complaint and Motion for Preliminary Injunction.

2.

I am the founder and President of Phosphorus Free, formed in 2016.

3.

In 2016, Phosphorus Free and Ferrate Treatment Technologies, LLC ("FTT") executed a licensing agreement, making Phosphorus Free the exclusive licensee to use FTT's technology in North America and Canada. Phosphorus Free also invested approximately $3 million to help develop and support the technology. At the time of executing the licensing agreement, Waite no longer worked for FTT.

4.

In March 2021, Phosphorus Free submitted a bid for a project with the South Florida Water Management District to remove phosphorus from the District's Water Basin. Ferrate Solutions also submitted a bid. Phosphorus Free and Ferrate Solutions were the only bidders.

5.

The District initially awarded the project to Ferrate Solutions. Phosphorus Free challenged the award (for reasons unrelated to this litigation) through an administrative proceeding. At the conclusion of the administrative proceeding, the

award to Ferrate Solutions was reversed, and Phosphorus Free was awarded the project.

6.

Through that proceeding, I learned of the Defendants' misappropriation of Phosphorus Free's trade secrets. This included that Ferrate Solutions had purchased a non-operational Ferrator Fe300 from a former licensee of FTT, and that Waite used trade-secret knowledge from his time at FTT, and the assistance of former FTT employees, to refurbish the machine.

7.

Phosphorus Free, as the possessor or owner of FTT's trade secrets, has a substantial investment in their protection. The project for the South Florida Water Management District is one example of harm by the Defendants' misappropriation where Phosphorus Free can clearly say it would have otherwise been the only bidder.

8.

The Defendants' actions distort the market because the Defendants hold themselves out as an effective and less costly option for the removal of phosphorus in water. These representations are based on, as highlighted by the Defendants' recent projects, the Defendants' misuse and misappropriation of Phosphorus Free's

trade-secret information and technology. By attracting potential customers through this misuse and misappropriation, those customers are lost to Phosphorus Free.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23ʳ day of November 2021.

Timothy McIntee