UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


PHOSPHORUS FREE WATER
SOLUTIONS, LLC,

              Plaintiff,

v.                                         Case No: 6:21-cv-1959-WWB-LRH

THOMAS WAITE, an individual,
and FERRATE SOLUTIONS, INC.,
a Florida corporation

              Defendants.
_____/


## DECLARATION OF LUKE DALY

      My name is Luke Daly and, pursuant to 28 U.S.C. § 1746, I hereby affirm that I am over 18 years of age and am competent to make the following Declaration.

1.

      I have personal knowledge of the information in this Declaration, and I understand that it will be filed in court in support of a motion for a preliminary injunction by Phosphorus Free Water Solutions, LLC, against Thomas Waite and Ferrate Solutions, Inc. This Declaration is meant to highlight key facts from the Verified Complaint and Motion for Preliminary Injunction.

2.

I am the founder and Chief Executive Officer of Ferrate Treatment Technologies, LLC ("FTT"). I have a degree in Biology and a Masters of Business Administration from Harvard Business School.

3.

FTT spent years, with significant effort and expense, creating reactor designs, perfecting stoichiometry, and optimizing recipes regarding ferrate to obtain the strongest product at the least cost. This included, before Waite joined in 2011, developing prototype devices to successfully build a machine able to make ferrate for water treatment at a commercially viable scale, ultimately leading to the creation of the Ferrator.

4.

The Ferrator Fe300, the biggest Ferrator, was the first large scale continuous ferrate manufacturing device and was to be used on-site for municipal, surface water, and industrial applications. The Fe300 rests on a trailer approximately 40 feet long and includes many pieces of equipment, including mixing tanks and pumps.

5.

Waite was employed with FTT from March 2011 until approximately September 2014 and agreed to conditions protecting trade secrets and other materials under an employment agreement. This was customary for FTT, in addition to password protection for software access and other measures taken to restrict access to equipment and processes.

6.

I learned that, in January 2019, Waite contacted both a top sales executive for FTT, John Flaugher, about working with Ferrate Solutions, and Michael Thomas, the president of the Industrial Business Unit at GTE with whom FTT had a non-disclosure agreement to build Ferrators. Also I learned that in a meeting later that month with Thomas and Bob Knott, GTE's Senior Vice President, Waite sought to present a design and ask for a price to build his own Ferrator, while showing drawings and a bill of materials of an FTT reactor design.

7.

In February 2019, after Waite had started Ferrate Solutions, I sent him a cease-and-desist letter in the event he was using any of FTT's trade secrets.

8.

Ferrate is a difficult material to work with. The trade secrets involve the methods for synthesizing ferrate including in the Ferrator Fe300 and its software, which involves proper storage, temperatures, chemical ratios, ventilation, and sequences—extremely important know-how when handling dangerous chemicals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of November 2021.


_____

Luke Daly