UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHOSPHORUS FREE WATER
SOLUTIONS, LLC,

        Plaintiff,

v.                                   Case No: 6:21-cv-1959-WWB-LRH

THOMAS WAITE, an individual,
and FERRATE SOLUTIONS, INC.,
a Florida corporation

        Defendants.
_____/

## **PROPOSED ORDER**

This matter is before the Court on the Motion for Preliminary Injunction filed by Phosphorus Free against Thomas Waite and Ferrate Solutions, Inc., pursuant to Federal Rule of Civil Procedure 65 and Local Rule 6.02.

Based on the information presented in the Verified Complaint, Motion for Preliminary Injunction, and other papers or matters of record, the Court makes the following findings:

(1)    Phosphorus Free has demonstrated a substantial likelihood of prevailing on the merits of its claims for misappropriation of trade secrets under the Defend Trade Secrets Act, 18 U.S.C. §§ 1836 *et seq.*, the Florida Uniform Trade

Secrets Act, Fla. Stat. §§ 688.001 *et seq.*; for tortious interference with business relations; and for breach of contract. Phosphorus Free has shown its know-how regarding production, use, storage, and delivery of ferrate and ferrate feedstocks and related processes, including use of a Ferrator, are trade secrets under federal and Florida law; Phosphorus Free takes reasonable steps to protect their secrecy; and the Defendants misappropriated trade secrets by using the know-how to support its new business in direct competition with Phosphorus Free, including through refurbishment of a Ferrator Fe300. Regarding tortious interference with business relations, Phosphorus Free has shown the Defendants intentionally interfered with business relations or contracts, including with employees, vendors, or customers, to Phosphorus Free's detriment. Regarding breach of contract, Phosphorus Free has shown Waite breached the Employment Agreement by failing to keep information and documents confidential and by using and disclosing trade secrets.

(2) Phosphorus Free will suffer irreparable harm if the Defendants continue using its trade secrets because of lost business opportunities and goodwill and damages difficult or impossible to calculate.

(3) The injury to Phosphorus Free outweighs any potential harm to the Defendants.

(4) Granting the preliminary injunction will serve the public interest.

Wherefore, for the reasons stated, the Court grants Phosphorus Free's motion and orders as follows:

Defendants, and anyone acting on their behalf, are hereby enjoined from directly or indirectly:

Using, disclosing, or continuing to possess Phosphorus Free's documents, confidential information, and trade secrets.

So ORDERED this _____ day of _____, 2021.

_____
United States District Judge